DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DEADREART J. HOLMES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2811

————————————————

August 23, 2024

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for Hillsborough County, Nick Nazaretian, Judge.

PER CURIAM.

Affirmed.

SILBERMAN, LUCAS, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.